"Document Electronically Filed"
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK
 KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIEDMAN, P.A.,<br><br>Petitioners,<br><br>v.<br><br>VISION CONTRACTING GROUP, INC.<br><br>Respondent. | HON.<br>CIVIL ACTION NO.: 17-2779<br><br>**ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD AGAINST <u>VISION CONTRACTING GROUP, INC.</u>** |

This matter having come before the Court on petitioners' motion to confirm arbitration awards; this Court having found that respondent is bound to a written Collective Bargaining Agreement which provides for the submission to arbitration of any controversies concerning delinquent payment to petitioner Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds, and Safety, Education and Training Funds; this dispute having been submitted to an arbitrator who, upon hearings with proper notice to all parties, entered awards; this Court having jurisdiction to enforce the awards of arbitrators pursuant to 9 U.S.C. §9; the Court having considered the written submissions of petitioners in light of the fact that respondents have not submitted opposition to the motion; and for good cause shown:

43471.doc

It is on this 11th day of July 2017, ORDERED as follows:

1. The Arbitration Award against VISION CONTRACTING GROUP, INC. dated March 30, 2017 is hereby confirmed.

ORDERED AND ADJUDGED, that the respondent, VISION CONTRACTING GROUP, INC. shall submit to an audit to be made of the payrolls and such other records of the respondent as are considered pertinent by the petitioners from July 1, 2014 through present and the respondent shall immediately cooperate in the performance of the audit and shall also pay all auditing fees, and it is further

ORDERED AND ADJUDGED that the respondent, VISION CONTRACTING GROUP, INC. shall reimburse Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds, and Safety, Education and Training Funds ("Funds") for the Arbitrator's fee of $500.00, and it is further

ORDERED AND ADJUDGED, that the respondent, VISION CONTRACTING GROUP, INC. shall reimburse Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds, and Safety, Education and Training Funds ("Funds") for all court costs including, but not limited to the filling fee of $400.00, and it is further

ORDERED AND ADJUDGED that the respondent, VISION CONTRACTING GROUP, INC., pay the petitioners' costs in this action, including attorneys' fees; and it is further

ORDERED AND ADJUDGED, that the respondent, VISION CONTRACTING GROUP, INC. shall make all future contributions to the Funds in a prompt and timely manner, as determined by the Funds, and the failure to the respondent to do so shall be deemed a violation of this Order; and it is further

43471.doc

ORDERED AND ADJUDGED, that the respondent, VISION CONTRACTING GROUP, INC., in accordance with the Arbitration Award, shall pay, as supplementary attorneys' fees, ten percent (10%) of the total amount due to the petitioner Funds in the event that any additional efforts or services are required in order to recover the amounts due on the judgment; and it is further

ORDERED AND ADJUDGED, that the respondent, VISION CONTRACTING GROUP, INC., its president, registered agent, or other authorized corporate official designated by the funds, shall appear and make discovery on oath and produce documents concerning the property and things in action of the respondent at the offices of Zazzali, Fagella & Nowak, Kleinbaum & Friedman upon ten (10) days notice.

11.  The Employer shall produce at that time and place the following documents pertaining to the Employer:

   A.  Bank Accounts;

   B.  Federal and state tax returns;

   C.  Financial statements;

   D.  Documents evidencing ownership interest in real estate, motor vehicle, any and all equipment, pension, life or profit sharing plans, stocks, bonds, securities or other tangible goods;

   E.  Payroll records, accounts receivables and accounts payables;

   F.  Any judgments or liens by or against the Employer;

   G.  Any and all loans, promissory notes, bills of exchange or commercial paper made by or for the benefit of the Employer.

_____ U.S.D.J.

Kevin McNulty
U.S. District Judge

43471.doc